UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON MORLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03-02545 |
| ) | (RJL/DAR) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

Upon consideration of Defendant's Motion for Protective Order, Memorandum in Support, and the entire record in this matter, it is, on this _____ day of _____, 2006, hereby,

ORDERED that Defendant's Motion for Protective Order be and hereby is granted and that discovery in this case shall not be had unless otherwise ordered by this Court.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

James H. Lesar, #114413
1003 K Street, NW
Suite 640
Washington, DC 20004

BENTON G. PETERSON
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530