UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
SEP 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEFFERSON MORLEY, )
)
    Plaintiff, )
) Civil Case No. 03-2545 (RJL)
    v. )
)
UNITED STATES CENTRAL )
INTELLIGENCE AGENCY, )
)
    Defendant. )

**FINAL JUDGMENT**
(September 29, 2006)

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September 2006, hereby

**ORDERED** that defendant's Motion for Summary Judgment [#45] is GRANTED, and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment [#63] is DENIED, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge