UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON MORLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 03-2545 (RJL) |
| UNITED STATES CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

ORDER

For the reasons set forth in the Memorandum Opinion entered this 14th day of December, 2011, it is hereby

**ORDERED** that plaintiff's Motion for an Award of Attorney's Fees and Costs [Dkt. # 107] is **DENIED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge