# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JEFFERSON MORLEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 03-cv-2545 (RJL)** |
| | ) | |
| **CENTRAL INTELLIGENCE AGENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**FILED**

**JUL 2 3 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 23 day of July, 2014, hereby

**ORDERED** that the plaintiff's Renewed Motion for Attorney's Fees and Costs [Dkt. #135] is **DENIED.**

RICHARD J. LEON
United States District Judge